# Court of Appeals
# of the State of Georgia

ATLANTA, December 10, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0543. WILLIE FRANK WRIGHT, JR. v. GREGORY MCLAUGHLIN, WARDEN et al.**

Willie Wright Jr., a state prisoner proceeding pro se, filed a civil action against the warden and other prison defendants. The trial court dismissed the action without prejudice for want of prosecution. Wright filed an application for discretionary appeal, which has been docketed as Case No. A16D0114, as well as this direct appeal. We lack jurisdiction of this direct appeal.

Because Wright is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq. Under OCGA § 42-12-8, an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35[,]" which requires that the party wishing to appeal file an application for discretionary appeal. Because a prisoner has no right of direct appeal in civil cases, we lack jurisdiction to consider this appeal, which is hereby DISMISSED. See *Jones v. Townsend*, 267 Ga. 489 (480 SE2d 24) (1997).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 12/10/2015
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*